DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM F. HENDRICKSON, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1087

_____

July 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Larry Keith Meyer, Jr., Judge.

William F. Hendrickson, III, pro se.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.